IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

ZELMA NICKERSON, TERRY L
NICKERSON, Individually and on behalf
of BRITTNEY NICOLE NICKERSON, by
her grandparents and Natural Guardians,
ZELMA NICKERSON and TERRY NICKERSON,

        Plaintiffs,

v.                         CIVIL ACTION NO. 5:07-CV-100
                           FREDERICK P. STAMP, JR.

ERIC HANS PERSSON,

        Defendant.

## AGREED ORDER REMANDING ACTION TO STATE COURT

This day came the plaintiffs, by their counsel, Don A. Yanneralla and Quan S. Le, and the defendant, by his counsel, Steptoe & Johnson PLLC and Mark E. Kinley, jointly moving that this action be remanded back to the Circuit Court of Ohio County, West Virginia, with the parties to bear their own respective attorneys fees and costs incurred in the initial removal of this action to this Court and the remanding of this action back to the Circuit Court of Ohio County, West Virginia.

And it appearing that the parties have so agreed, as shown by the electronic signatures of their counsel below, it is, accordingly, ORDERED, that his action be, and the same is hereby, remanded back to the Circuit Court of Ohio County, West Virginia, with the parties to bear their own respective attorneys fees and costs incurred in the initial removal of this action to this Court and the remanding of this action back to the Circuit Court of Ohio County, West Virginia.

WH155596.1

FILED
SEP 17 2007
U.S. DISTRICT COURT
WHEELING, WV 26003

The Clerk is directed to send a copy of this Order as entered to all counsel of record, and this action is further Ordered stricken from the civil docket of this Court.

ENTER: September 17, 2007

FREDERICK P. STAMP, JR., Judge of the
United States District Court for the Northern
District of West Virginia

AGREED:

/s/ Don A. Yannerella
Don A. Yannerella, Esq.
403 Board of Trade Building
Wheeling, WV 26003
*Counsel for Plaintiffs*


/s/ Quan S. Le
Quan S. Le, Esq.
504 Board of Trade Building
Wheeling, WV 26003
*Counsel for Plaintiffs*


/s/ Mark E. Kinley
Mark E. Kinley, Esq.
Steptoe & Johnson PLLC
1233 Main Street, Suite 3000
P.O. Box 751
Wheeling, WV 26003
*Counsel for Defendant*